IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| *ex. rel.* MICHAEL SIEMER | § | |
| *Plaintiff / Relator* | § | |
| | § | Civil Action No. 4:21-cv-03347 |
| *v.* | § | |
| | § | |
| CEPEDA DRYWALL, LLC, | § | JURY TRIAL DEMANDED |
| *Defendant,* | § | |

## RELATOR'S MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE CHARLES ESKRIDGE:

Relator Michael Siemer files this Motion to Substitute Counsel and in support would respectfully show the Court as follows:

Relator Michael Siemer desires that attorney Chad Pinkerton with The Pinkerton Law Firm, PLLC be allowed to withdraw as counsel of record for Relator Michael Siemer, and that the following attorneys be substituted in:

Andrew J. Cobos
State Bar No. 24078352
Southern District Bar No. 1322524
Nicholas Kacal
State Bar No. 24123106
Southern District Bar No. 3684331
711 W. Alabama St.
Houston, Texas 77006
Telephone: (713) 234-5860
Facsimile: (713) 234-5860
andrew@cobos.law
nicholas@cobos.law

This motion is not sought for delay, but so that justice may be done. Granting this substitution will not result in prejudice to any party. This substitution will not impact any existing

deadlines in this case at this time. This motion is made at the request and approval of Relator Michael Siemer.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Relator Michael Siemer prays that this Court Substitutes Andrew J. Cobos and Nicholas Kacal of The Cobos Law Firm as attorneys of record for Relator Michael Siemer.

Respectfully Submitted,

**THE PINKERTON LAW FIRM, PLLC**

*/s/ Chad Pinkerton*_____
**Chad Pinkerton**
Tx. State Bar No. 24047199
cpinkerton@chadpinkerton.com
The Pinkerton Law Firm, PLLC
550 Westcott, Suite 590
Houston, Texas 77007
713-360-6722 (office)
713-360-6810 (facsimile)

**WITHDRAWING ATTORNEY FOR RELATOR**

## THE COBOS LAW FIRM

By:   */s/ Nicholas G. Kacal*\_\_
Andrew J. Cobos
State Bar No. 24078352
Southern District Bar No. 1322524
Nicholas Kacal
State Bar No. 24123106
Southern District Bar No. 3684331
711 W. Alabama St.
Houston, Texas 77006
Telephone: (713) 234-5860
Facsimile:  (713) 234-5860
andrew@cobos.law
nicholas@cobos.law

**SUBSTITUTING ATTORNEYS FOR RELATOR**

## **CERTIFICATE OF SERVICE**

I, Chad Pinkerton, certify that a true and correct copy of the foregoing has been served on counsel for all parties via the Court's CM/ECF system this the 20th day of September 2022.

Additionally, the following parties were served via CMRRR:

Hon. Merrick Garland Attorney General of the United States
U.S. Dept. of Justice
950 Pennsylvania Avenue
NW Washington, DC 20530-0001

Hon. Jennifer Lowery
Acting U.S. Attorney for the Southern District of Texas
*1000 Louisiana, Ste. 2300*
*Houston, TX 77002*


Chad Pinkerton