IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § | |
| *ex. rel.* **MICHAEL SIEMER** | § | |
| *Plaintiff / Relator* | § | |
| | § | **Civil Action No. 4:21-cv-03347** |
| *v.* | § | |
| | § | |
| **CEPEDA DRYWALL, LLC,** | § | **JURY TRIAL DEMANDED** |
| *Defendant,* | § | |

### ORDER GRANTING RELATOR'S MOTION TO SUBSTITUTE COUNSEL

On this day, the Court considered Relator's Motion to Substitute Counsel, and the Court finds that good cause exists for such motion and should be Granted.

IT IS THEREFORE ORDRED that Relator's Motion to Substitute Counsel is hereby GRANTED in full.

IT IS FURTHER ORDERED that attorney Chad Pinkerton of the Pinkerton Law is hereby withdrawn as counsel of record for Relator Michael Siemer.

IT IS FURTHER ORDERED that attorneys Andrew J. Cobos (Southern District Bar No. 1322524) and Nicholas Kacal (Southern District Bar No. 3684331) of The Cobos Law Firm, 711 W. Alabama St., Houston, Texas 77006, Tel. 713-234-5860, Fax. 713-234-5860, Email: Andrew@Cobos.Law and Nicholas@Cobos.Law be substituted as counsel of record for Relator Michael Siemer.

Signed this 22nd day of September, 2022.

_____
Sam Sheldon
United States Magistrate Judge