United States District Court
Southern District of Texas
**ENTERED**
December 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

THE UNITED STATES OF AMERICA *ex rel* §
MICHAEL SIEMER §
    Plaintiff, §
§
*versus* §   Civil Action: 4:21-cv-03347
§
CEPEDA DRYWALL LLC §
    Defendant. §

# Entry of Default

It appears upon the representation of the plaintiff and from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law:

Cepeda Drywall LLC, 1806 Little York Rd., Houston, Texas 77093

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55.

CLERK OF COURT

DATED: December 8, 2022     By: _____
                                                             Jennelle Gonzalez, Deputy Clerk