# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** § | | |
| *ex. rel.* **MICHAEL SIEMER** § | | |
| *Plaintiff / Relator* § | | |
| § | **Civil Action No. 4:21-cv-03347** | |
| *v.* § | | |
| § | | |
| **CEPEDA DRYWALL, LLC,** § | **JURY TRIAL DEMANDED** | |
| *Defendant,* § | | |

## MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE JUDGE CHARLES ESKRIDGE:

Qui tam Relator Michael Siemer files this Motion to Dismiss <u>Without</u> Prejudice, and in support thereof would respectfully show the Court the following.

Relator Michael Siemer does not desire to prosecute the claims asserted against Defendant Cepeda Drywall, LLC in this matter.

Relator Michael Siemer respectfully requests that this Court dismiss the claims asserted against Defendant Cepeda Drywall, LLC in this matter <u>without</u> prejudice to Relator's or the United States' right to refile these claims in the future.

The United States will address in a separate filing whether it grants consent, pursuant to 31 U.S.C. § 3730(b)(1).

*<signatures on following page>*

Respectfully Submitted,

## THE COBOS LAW FIRM

By:     */s/ Andrew J. Cobos*
        Andrew J. Cobos
        State Bar No. 24078352
        Southern District Bar No. 1322524
        Nicholas Kacal
        State Bar No. 24123106
        Southern District Bar No. 3684331
        711 W. Alabama St.
        Houston, Texas 77006
        Telephone: (713) 234-5860
        Facsimile:  (713) 234-5860
        andrew@cobos.law
        nicholas@cobos.law

**ATTORNEYS FOR RELATOR**

## CERTIFICATE OF SERVICE

I, Andrew Cobos, certify that a true and correct copy of the foregoing has been served on counsel for all parties via the Court's CM/ECF system this the 12th day of August 2024. Specifically, this Motion was sent to Defendant Cepeda Drywall, LLC at via certified mail (return receipt requested, at the following address:

    Cepeda Drywall, LLC
    1806 Little York Rd.
    Houston, TX 77093

Additionally, the United States of America was served by sending this document, via email to the following United States Attorneys:

  Kenneth Lee Shaitelman: kenneth.shaitelman@usdoj.gov
  Meiching Chentang: meiching.chentang@usdoj.gov
  Sydnie Kempen: sydnie.kempen@usdoj.gov
  And: CaseView.ECF@usdoj.gov

            */s/ Andrew J. Cobos*
            Andrew J. Cobos